In the Matter of the Accounting of SARAH E. HAAP, as Trustee under the Will of GEORGE C. MAURER, Deceased.

SOPHIA C. LUITWIELER, Appellant; LOUISE P. WINTER et al., Respondents.

*Matter of Haap*, 165 App. Div. 946, affirmed.
(Argued March 1, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 11, 1914, which affirmed a decree of the Monroe County Surrogate's Court settling the accounts of Sarah E. Happ as trustee under the will of George C. Maurer, deceased.

*Sardius D. Bentley* for appellant.

*Charles Van Voorhis* and *Horace G. Pierce* for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.